IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

David Orr, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

Intercontinental Hotels Group, PLC, et al.,

          Defendants.

_____/

Case No. 1:17-cv-01622

Michael L. Brown
United States District Judge

## ORDER

The parties notified the Court that they have reached a settlement of all claims. The parties intend on filing a motion for preliminary approval of the settlement in the next few weeks. The Court thus **STAYS** this matter pending the filing of the motion for preliminary approval of the settlement.

**SO ORDERED** this 4th day of September, 2019.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE