# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DAVID ORR, HENRY CHAMBERLAIN, ANGELA MICKEL, and JENNIFER GRADY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP, PLC, INTER-CONTINENTAL HOTELS CORPORATION, and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.,<br><br>Defendants. | Case No.: 1:17-cv-01622-MLB |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs David Orr, Henry Chamberlain, Angela Mickel, and Jennifer Grady, individually and on behalf of all others similarly situated, by and through undersigned counsel, respectfully move this Honorable Court for entry of an Order (i) preliminarily approving the Class Action Settlement Agreement attached as Exhibit A to Plaintiffs' supporting Memorandum of Law; (ii) certifying the

Settlement Class[1] for settlement purposed only; (iii) directing that notice of the Settlement be disseminated to Settlement Class Members in accordance with the Notice Program; (iv) approving the form and content of the Email Notice, Postcard Notice, Detailed Notice, and Claim Form attached as Exhibits C, D, E, and F to the Settlement; (v) appointing David Orr, Henry Chamberlain, Angela Mickel, and Jennifer Grady as Representative Plaintiffs; (vi) appointing Ben Barnow and Erich P. Schork, Barnow and Associates, P.C., and David J. Worley of Evangelista Worley LLC, as Lead Class Counsel; (vii) appointing John Yanchunis and Jean Martin, Morgan & Morgan Complex Litigation Group, Brian K. Herrington, Schlanger Law Group LLP, and Ranse M. Partin, Conley Griggs Partin LLP, as Plaintiffs' Executive Committee; and (viii) scheduling a Final Fairness hearing to consider the entry of final order and judgment approving the Settlement and the request for attorneys' fees, costs, expenses, and Representative Plaintiffs' service awards.

The grounds for Plaintiffs' motion are set forth in the attached Memorandum of law.

---

[1] The definitions in the Settlement Agreement are incorporated herein by reference.

Dated: April 15, 2020

Respectfully submitted,

David Orr, Henry Chamberlain, Angela Mickel, and Jennifer Grady, individually and on behalf of all others similarly situated,

 */s/ David J. Worley*
David J. Worley
Georgia Bar No. 776665
James M. Evangelista
Georgia Bar No. 707807
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Tel: (404) 205-8400
david@ewlawllc.com
jim@ewlawllc.com

Ben Barnow (*Pro hac vice*)
Illinois Bar No. 0118265
Erich P. Schork (*Pro hac vice*)
Illinois Bar No. 6291153
Anthony L. Parkhill (*Pro hac vice*)
Illinois Bar No. 631768
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph St., Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

Brian K. Herrington (*Pro hac vice*)
Mississippi Bar No. 10204
**SCHLANGER LAW GROUP LLP**
200 North Congress Street, Suite 117
Jackson, MS 39201

Ranse M. Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway NW
Building One, Suite 300
Atlanta, GA 30327
Tel: (404) 809-2591
Fax: (404) 467-1166
ranse@conleygriggs.com

John Yanchunis (*Pro hac vice*)
Florida Bar Number 324681
Marisa Glassman (*Pro hac vice*)
Florida Bar Number 111991
Jean Sutton Martin (*Pro hac vice*)
North Carolina Bar Number 25703
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
jyanchunis@forthepeople.com
mglassman@forthepeople.com
jeanmartin@forthepeople.com

Christopher D. Jennings (*Pro hac vice*)
Arkansas Bar Number 2006306
**JOHNSON VINES PLLC**
2226 Cottondale Lane, Suite 210
Little Rock, Arkansas 72202
Telephone: (501) 372-1300
Facsimilie: (888) 505-0909
cjennings@johnsonvines.com

Steven W. Teppler (*Pro hac vice*)
Florida Bar Number 14787
**ABBOTT LAW GROUP, P.A.**
2929 Plummer Cove Road
Jacksonville, FL 32223
Telephone: (904) 292-1111
Facsimile: (904) 292-1220
steppler@abbottlawpa.com

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Time New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: April 15, 2020

                                   */s/ David J. Worley*
                                   David J. Worley
                                   Georgia Bar No. 776665
                                   **EVANGELISTA WORLEY, LLC**
                                   500 Sugar Mill Road, Suite 245A
                                   Atlanta, GA 30350
                                   Tel: (404) 205-8400
                                   david@ewlawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF filing system.

Dated: April 15, 2020

                                         */s/ David J. Worley*
                                         David J. Worley