# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DAVID ORR, HENRY CHAMBERLAIN, ANGELA MICKEL, and JENNIFER GRADY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP, PLC, INTER-CONTINENTAL HOTELS CORPORATION, and INTERCONTINENTAL HOTELS GROUP RESOURCES, INC.,<br><br>Defendants. | Case No.: 1:17-cv-01622-MLB |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs David Orr, Henry Chamberlain, Angela Mickel, and Jennifer Grady ("Representative Plaintiffs"), individually and on behalf of the Settlement Class, by and through Lead Class Counsel, respectfully move this Honorable Court for entry of an Order: (i) finding the Settlement Agreement, ECF 70-2 (the "Settlement"), to be fair, reasonable, and adequate, and granting final approval of the Settlement; and (ii) certifying the Settlement Class for settlement purposes only.[1]

---

[1] The definitions in the Settlement are incorporated herein by reference.

Dated: August 21, 2020

Respectfully submitted,

David Orr, Henry Chamberlain, Angela Mickel, and Jennifer Grady, individually and on behalf of all others similarly situated,

 /s/ David J. Worley
David J. Worley
Georgia Bar No. 776665
James M. Evangelista
Georgia Bar No.  707807
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Tel: (404) 205-8400
david@ewlawllc.com
jim@ewlawllc.com

Ben Barnow (*Pro hac vice*)
Illinois Bar No. 0118265
Erich P. Schork (*Pro hac vice*)
Illinois Bar No. 6291153
Anthony L. Parkhill (*Pro hac vice*)
Illinois Bar No. 631768
**BARNOW AND ASSOCIATES, P.C.**
205 W. Randolph St., Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

*Lead Class Counsel*

Brian K. Herrington (*Pro hac vice*)
Mississippi Bar No. 10204
**CHHABRA GIBBS & HERRINGTON PLLC**
120 North Congress Street, Suite 200
The Plaza Building
Jackson, MS 39201
Tel: (601) 948-8005
Fax: 601) 948-9010

Ranse M. Partin
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway NW
Building One, Suite 300
Atlanta, GA 30327
Tel: (404) 809-2591
Fax: (404) 467-1166
ranse@conleygriggs.com

John Yanchunis (*Pro hac vice*)
Florida Bar Number 324681
Jean Sutton Martin (*Pro hac vice*)
North Carolina Bar Number 25703
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
jyanchunis@forthepeople.com
jeanmartin@forthepeople.com

*Plaintiffs' Executive Committee*

Christopher D. Jennings (*Pro hac vice*)
Arkansas Bar Number 2006306
**JOHNSON VINES PLLC**
2226 Cottondale Lane, Suite 210
Little Rock, Arkansas 72202
Telephone: (501) 372-1300
Facsimile: (888) 505-0909
cjennings@johnsonvines.com

Steven W. Teppler (*Pro hac vice*)
Florida Bar Number 14787
**ABBOTT LAW GROUP, P.A.**
2929 Plummer Cove Road
Jacksonville, FL 32223
Telephone: (904) 292-1111
Facsimile: (904) 292-1220
steppler@abbottlawpa.com

*Additional Plaintiffs' Counsel*

## RULE 7.1(D) CERTIFICATE

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: August 21, 2020

                                          */s/ David J. Worley*
                                          David J. Worley
                                          Georgia Bar No. 776665
                                          **EVANGELISTA WORLEY, LLC**
                                          500 Sugar Mill Road, Suite 245A
                                          Atlanta, GA 30350
                                          Tel: (404) 205-8400
                                          david@ewlawllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's ECF filing system.

Dated: August 21, 2020

                                          */s/ David J. Worley*
                                          David J. Worley